# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ADAM CIKOWSKI,

Appellant,

v.

KATARZYNA CIKOWSKA and JOHN S. SIMMS,

Appellees.

No. 2D22-793
_____

November 8, 2023

Appeal from the Circuit Court for Pinellas County; Elizabeth Jack, Judge.

Adam Cikowski, pro se.

Joshua A. Law of Law Legal Group, P.A., Tampa, for Appellee Katarzyna Cikowska.

John S. Simms of Staack, Simms & Reighard, PLLC, Clearwater, for Appellee John S. Simms.


PER CURIAM.

    Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.